UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rottlund Homes of New Jersey, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Kevin Scarborough and KSLG, LLC,<br><br>Defendants. | Civil No. 01-397 JRT/FLN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendants Kevin D. Scarborough and KSLG, LLC may and shall have until April 15, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

Dated: March 9, 2001

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

Michael C. Flom

Michael C. Flom (#140089)
Timothy J. Ewald (#238077)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-8400 Telephone

**ATTORNEYS FOR PLAINTIFF ROTTLUND HOMES OF NEW JERSEY, INC.**

MAR 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 9, 2001

**FAEGRE & BENSON LLP**

John D. French (#31914)
Amy M. Gernon (#0303239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000 Telephone
(612) 336-3026 Facsimile

Of Counsel:

WHITE AND WILLIAMS LLP
M. Melvin Shralow, Esq.
David E. Sandel, Jr., Esq.
Geoffrey P. Huling, Esq.
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000 Telephone
(215) 864-7123 Facsimile

**ATTORNEYS FOR DEFENDANTS KEVIN D. SCARBOROUGH AND KSLG, INC**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendants Kevin D. Scarborough and KSLG, LLC to answer or otherwise respond to the Complaint in this action is hereby extended through and including April 15, 2001.

Dated: March 13, 2001.

The Honorable Franklin L. Noel
United States District Court Judge

M2:20373854.01