UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rottlund Homes of New Jersey, Inc.,<br>Plaintiff,<br>v.<br>Kevin Scarborough and KSLG, LLC,<br>Defendants. | Civil No. 01-397 JRT/FLN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the stipulation of the plaintiff and defendants to an order dismissing all of the plaintiff's claims against defendants in this case with prejudice and on the merits. Based on the stipulation between the parties, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that all claims and counterclaims in this case are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and defendants shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: April 25, 2001

John R. Tunheim
JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE

M2:20381189.01



FILED APR 2 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK